**Order entered September 7, 2018**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00376-CR

**ROMAN JEREMIAH TYLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-45286-H**

## ORDER

The clerk's record, filed May 27, 2018, shows appellant is indigent and that, on April 6, 2018, he notified the court reporter he was requesting the reporter's record.

The reporter's record was initially due on June 30, 2018. When it was not filed, we notified court reporter Crystal Jones by postcard that the record was overdue and directed her to file it by August 5, 2018. To date, the reporter's record has not been filed and we have had no communication from Ms. Jones.

We **ORDER** the reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Jones that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Crystal Jones, official court reporter, Criminal District Court No. 1; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE